UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SANDRA HANDON,<br>13103 Princeville Court<br>Silver Spring, MD 20904<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>GOVERNMENT,<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br><br>and<br><br>ROBERT HAMILTON<br>Individually and as the DOE Program<br>D.C. Department of the Environment<br>51 N. Street, N.W., 6th Floor<br>Washington, D.C.  20001<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  08-cv-00599 (EGS) |

**DEFENDANTS DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF
TIME TO FILE AN ANSWER OR OTHER RESPONSE TO PLAINTIFF'S
COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(2), defendant District of Columbia, , by and

through counsel, hereby moves for an enlargement of time to respond to plaintiff's

Complaint, up to and including May 8, 2008,[1] and states as follows:

1.      On February 2, 2008, the plaintiff filed a complaint with the Superior

Court for the District of Columbia in this matter.  On March 17, 2008, the plaintiff served

---

[1] Defendant Robert Hamilton was not properly served with plaintiff's Summons and Complaint and intends
to move to dismiss the Complaint against him pursuant to Fed. Civ. R. 4.

his Summons and Complaint on the District of Columbia.  Pursuant to local rules, the

District's Answer to the Complaint is due on May, 16, 2008.  See SCR-Civil 12(a)(3)(A).

2.      On April 8, 2008, the District removed this case from the Superior Court

of the District of Columbia to this Court.    As a result of the removal, the District's

Answer to the plaintiff's Complaint was due on April 15, 2008.  See Fed. R. Civ. P.

81(c).

3.      While the defendant has been working diligently in an effort to be able to

timely file its Answer to plaintiff's complaint, it needs additional time to address and

answer all of the allegations in plaintiff's complaint.

4.      This defendant now seeks additional time within which to file an Answer

or otherwise respond to plaintiff's Complaint.

5.      Fed. P. Civ. R. 6(b)(2) provides:

> "[w]hen an act may or must be done within a specified time, the
> court may, for good cause, extend the time:  …(B) on motion
> made after the time has expired if the party failed to act because of
> excusable neglect…."

6.      Because of the conflict between the local rules and this Court's rules as to

when a party's answer is due, and undersigned's belief that the defendant's Answer was

not due to be filed in this Court until April 18, 2008, this motion was not timely filed.

See SCR-Civil 12(a)(3)(A) and Fed. R. Civ. P. 12(a).  See also, Fed. R. Civ. P. 81(c).

7.      Fed. R. Civ. P. 6(b) specifically confers upon the Court the "discretion"

relevant to late filings.  *See Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5

(1990).  *See also, Gwendolyn Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005), confirming

the Court's discretion to order the requested relief.  The *Smith* Court recognized that it

has been quite deferential to Rule 6(b) decisions in the past, even affirming a deadline

extension that was granted without a formal finding of excusable neglect when the court

found no prejudice to the other party. *See Yesudian ex rel. United States v. Howard Univ.,*

348 U.S. App. D.C. 145, 207 F.3d 969, 917 (D.C. Cir. 2001).

        8.      The defendant seeks a twenty (20) day extension of time to respond to

plaintiff's Complaint.  This matter is in the very early stages of litigation.    The parties

have not submitted their Report pursuant to LCvR 16.3 and discovery has not yet begun,

thus, no party will suffer undue prejudice.  See Court's docketing.  Additionally, upon

information and belief, all named defendants have not been properly served with

plaintiff's Complaint.

        Wherefore, this defendant requests additional time up to and including May 8,

2008, to file a response to plaintiff's Complaint.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Interim Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General,
                        Civil Litigation Division

                         /s/
                        PATRICIA A. JONES [428132]
                        Chief, General Litigation Sec. IV

                         /s/
                        ERIC S. GLOVER [978841]
                        Assistant Attorney General
                        441 Fourth Street, N.W.
                        Sixth Floor South
                        Washington, D.C. 20001
                        (202) 442-9754 ; (202) 727-6295
                        (202) 727-3625 (fax)
                        eric.glover@dc.gov

## **LCvR 7(m) CERTIFICATION**

I hereby certify that on April 17, 2008, I contacted plaintiff's counsel to obtain his consent to the relief sought in this motion.  However, plaintiff's counsel did not return my phone call.

\_/s/_____
ERIC S. GLOVER [978841]
Assistant Attorney General

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA HANDON,<br>13103 Princeville Court<br>Silver Spring, MD 20904<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA<br>GOVERNMENT,<br>441 Fourth Street, N.W.<br>Washington, DC, 20001<br><br>and<br><br>ROBERT HAMILTON<br>Individually and as the DOE Program<br>D.C. Department of the Environment<br>51 N. Street, N.W., 6th Floor<br>Washington, D.C 20001<br><br>    Defendants. | Case No.  08-cv-00599 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANTS THE DISTRICT OF COLUMBIA'S MOTION FOR
ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHER RESPONSE TO PLAINTIFF'S
COMPLAINT**

In support of its Motion for Enlargement of Time to File An Answer or Other

Response to Plaintiff's Complaint, this defendant relies upon the following authorities:

1.    Inherent Power of the Court.

2.    Fed. R. Civ. P. 6(b)(2).

3.    The record herein.

4.    *Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5 (1990).

5.    *Gwendolyn Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005).

6.    *Yesudian ex rel. United States v. Howard Univ.,* 348 U.S. App. D.C. 145,

207 F.3d 969, 917 (D.C. Cir. 2001).

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_/s/_____
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SANDRA HANDON,<br>13103 Princeville Court<br>Silver Spring, MD 20904 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA<br>GOVERNMENT,<br>441 Fourth Street, N.W.<br>Washington, DC, 20001 | ) | Case No.  08-cv-00599 |
| | ) | |
| and | ) | |
| | ) | |
| ROBERT HAMILTON<br>Individually and as the DOE Program<br>D.C. Department of the Environment<br>51 N. Street, N.W., 6th Floor<br>Washington, D.C 20001 | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of defendant District of Columbia's  Motion for  Enlargement

of Time to File an Answer or Other Response to Plaintiff's Complaint, the Memorandum

of Points and Authorities filed in support thereof, and the entire record herein, and it

appearing to the Court that the motion should be granted, it is by the Court this ___ day

of _____, 2008,

ORDERED:  That the motion shall be and the same is hereby granted for the

reasons set forth in the motion; and it is,

FURTHER ORDERED: That the District's time to file an answer or other

response to Plaintiff's Complaint shall be extended up and including to May 8, 2008.


_____
JUDGE,
U.S. District Court for the District of Columbia