UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA HANDON, <br> 13103 PRINCEVILLE COURT <br> SILVER SPRING, MD 20904 <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA <br> GOVERNMENT, <br> 441 FOURTH STREET, NW <br> WASHINGTON, DC, 20001 <br><br> and <br><br> ROBERT HAMILTON <br> Individually and as the DOE Program <br> D.C. Department of the Environment <br> 51 N. Street, N.W., 6th Floor <br> Washington, D.C.  20001 <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.  08-cv-00599 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

Defendants District of Columbia and Robert Hamilton , by and through counsel, herein responds to Plaintiff's Motion to Remand this case back to the Superior Court for the District of Columbia, and states as follows:

1.      Plaintiff, Sandra Handon has moved this Court to remand this matter back to the Superior Court for the District of Columbia and has volunteered to dismiss her Fifth Amendment claim against the Defendants.  These Defendants agree that if the Fifth Amendment claim against each defendant is dismissed with prejudice, then this Court would lose jurisdiction over this case and the case should be remanded back to the Superior Court for the District of Columbia.

2.  28 U.S.C. § 1441 provides that "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution… shall be removable without regard to the citizenship or residence of the parties…."  Therefore, contrary to Plaintiff's arguments, these Defendants were not forum-shopping, but instead were exercising their rights pursuant to 28 U.S.C. §§ 1441.

WHEREFORE, if Plaintiff's constitutional claims filed against these Defendants are dismissed with prejudice, then the Court should remand the case back to the Superior Court of the District of Columbia.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation, Section IV

    /s/ Eric S. Glover
    ERIC S. GLOVER [978841]
    Assistant Attorney General
    441 Fourth Street, N.W. Suite 6N04
    Washington, D.C. 20001
    (202) 442-9754; (202) 724-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA HANDON, <br> 13103 PRINCEVILLE COURT <br> SILVER SPRING, MD 20904 <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA <br> GOVERNMENT, <br> 441 FOURTH STREET, NW <br> WASHINGTON, DC, 20001 <br><br> and <br><br> ROBERT HAMILTON <br> Individually and as the DOE Program <br> D.C. Department of the Environment <br> 51 N. Street, N.W., 6th Floor <br> Washington, D.C.  20001 <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.  08-cv-00599 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Remand the case back to the Superior Court of the District of Columbia, the Defendants District of Columbia and Robert Hamilton's response thereto and the record herein, it is this ___ day of _____, 2008,

ORDERED:  that Plaintiff's Fifth Amendment claims against Defendants District of Columbia and Robert Hamilton are hereby dismissed with prejudice; and it is,

3

4

FURTHER ORDERED: that this case is hereby remanded back to the Superior Court for the District of Columbia.

SO ORDERED.

_____
Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia